Robert A. Mandel, SBN 022936
Taylor C. Young, SBN 020743
Peter A. Silverman, SBN 020679
**MANDEL YOUNG PLC**
2390 East Camelback Road, Suite 318
Phoenix, Arizona 85016-4400
(602) 374-4591 (phone)
courtorders@mandelyoung.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry, et al., | Case No. 2:14-cv-02490-PHX-ROS |
| *Plaintiffs*, | **CERTIFICATE OF COUNSEL** |
| v. | Assigned to the Honorable Roslyn O. Silver |
| Financial Industry Regulatory Authority Incorporated, et al., | |
| *Defendants.* | |

TAYLOR C. YOUNG hereby certifies as follows:

1. As required by LRCiv 83.3(b)(2), I submit this certificate in support of the accompanying *Motion for Leave to Withdraw*.

2. Plaintiffs have been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

EXECUTED this 29th day of August 2016

                                           */s/ Taylor C. Young*
                                           Taylor C. Young