**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| John J. Hurry, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Financial Industry Regulatory Authority Incorporated, et al., <br><br> *Defendants.* | Case No. 2:14-cv-02490-PHX-ROS <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW** <br><br> Assigned to the Honorable Roslyn O. Silver |

    The Court, having reviewed the *Motion for Leave to Withdraw* and the *Certification of Counsel* filed by the law firm of Mandel Young plc ("MY") pursuant to LRCiv 83.3(b)(2) and ER 1.16(a)(1), and good cause appearing for the relief requested,

    **IT IS HEREBY ORDERED** that the *Motion for Leave to Withdraw* is granted, and that, effective immediately, MY and its attorney personnel Taylor C. Young, Robert A. Mandel, and Peter A. Silverman may withdraw as attorneys of record for all remaining plaintiffs, including John J. Hurry; Justine Hurry; BRICFM, LLC; FLJH, LLC; Hurry Family Revocable Trust; Investment Services Capital, LLC; Investment Services Corporation; Investment Services Holdings Corp.; SCAINTL LLC; SCAP 4, LLC; SCAP 5, LLC; SCAP 6, LLC; SCAP 7, LLC; SCAP 9, LLC; SCAP III, LLC; and Scottsdale Capital Advisors Partners, LLC, and for all former plaintiffs, including Investment Services Partners, LLC; SCAP 1, LLC; SCAP II, LLC; SCAP 8, LLC; SCAP 10, LLC; CJ3, LLC; Association of Securities Dealers, LLC; NEWCONMGT, LLC; ISC, LLC; ISHC, LLC; NEWMGT, LLC; ASD Holding Company, LLC; and Hurry Foundation.

    DATED this ____ day of August 2016