Robert A. Mandel, SBN 022936
Taylor C. Young, SBN 020743
Peter A. Silverman, SBN 020679
**MANDEL YOUNG PLC**
2390 East Camelback Road, Suite 318
Phoenix, Arizona 85016-4400
(602) 374-4591 (phone)
courtorders@mandelyoung.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry, et al., | Case No. 2:14-cv-02490-PHX-ROS |
| *Plaintiffs*, | **MOTION FOR TEMPORARY STAY OF PROCEEDINGS** |
| v. | |
| Financial Industry Regulatory Authority Incorporated, et al., | Assigned to the Honorable Roslyn O. Silver |
| *Defendants*. | |

The law firm of Mandel Young, plc ("MY") and undersigned counsel (collectively, "Movants") hereby move for a temporary stay of proceedings pending resolution of their *Motion for Leave to Withdraw* and Plaintiffs' engagement of new counsel to represent their interests and appear on their behalf in this action.

Movants filed and served their *Motion for Leave to Withdraw*, *Certificate of Counsel*, and *Motion for Expedited Consideration of Motion for Leave to Withdraw* on August 29, 2016. The remaining plaintiffs is this action are John J. Hurry and Justine Hurry, husband and wife; and BRICFM, LLC, FLJH, LLC; Hurry Family Revocable Trust; Investment Services Capital, LLC; Investment Services Corporation; Investment Services Holdings Corp.; SCAINTL LLC; SCAP 4, LLC; SCAP 5, LLC; SCAP 6, LLC; SCAP 7, LLC; SCAP 9, LLC; SCAP III, LLC; and Scottsdale Capital Advisors Partners, LLC. Plaintiffs will have to engage replacement counsel to represent them and appear on their behalf in this action. Those attorneys will require sufficient time to acquaint themselves with the claims and underlying facts in this action and otherwise prepare themselves to meet the pending deadlines. Although Movants estimate that replacement counsel would require

at least 30 days to do so, only replacement counsel will be able to provide this Court with an assessment of the time they will need.

For the foregoing reasons, a temporary stay of proceedings is necessary and warranted.

RESPECTFULLY SUBMITTED this 29th day of August 2016.

                **MANDEL YOUNG PLC**

By: /s/ Taylor C. Young
Robert A. Mandel
Taylor C. Young
Peter A. Silverman
2390 East Camelback Road, Suite 318
Phoenix, Arizona 85016

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the original of the foregoing was transmitted this 29th day of August, 2016 to the Office of the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

                                                George Brandon
                                                Gregory A. Davis
                                               Gregory S. Schneider
                                               Squire Patton Boggs (US) LLP
                                               One East Washington Street, Suite 2700
                                               Phoenix, Arizona 85004
                                               Attorneys for Defendants

/s/ *Taylor C. Young*
    Taylor C. Young