# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry, et al.,<br><br>                *Plaintiffs*,<br><br>v.<br><br>Financial Industry Regulatory Authority Incorporated, et al.,<br><br>                *Defendants*. | Case No. 2:14-cv-02490-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY STAY OF PROCEEDINGS**<br><br>Assigned to the Honorable Roslyn O. Silver |

    The Court, having reviewed the *Motion for Temporary Stay of Proceedings* filed by the law firm of Mandel Young plc ("MY"), and good cause appearing for the relief requested,

    **IT IS HEREBY ORDERED** that the *Motion for Temporary Stay of Proceedings* is granted, and that all pending deadlines in this action are stayed for a period of _____ days from the date of this Order or as otherwise ordered by this Court after a scheduling conference to take place within ____ days of the date new counsel for Plaintiffs file their appearance in this action.

    DATED this ____ of August 2016