# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

John Hurry, et al.

Plaintiff(s)/Petitioner(s),
vs.

Financial Industry Regulatory Authority, Inc., et al.

Defendant(s)/Respondent(s)

CASE NO: CV-14-02490-PHX-ROS

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

___ FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 29 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

### NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, **Dilan A. Esper**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Plaintiffs**.

**City and State of Principal Residence:** Fontana, California
**Firm Name:** Harder Mirell & Abrams LLP
**Address:** 132 S. Rodeo Dr., Fourth Floor      **Suite:**
**City:** Beverly Hills      **State:** CA  **Zip:** 90212
**Firm/Business Phone:** (424) 203-1600
**Firm Fax Phone:** (424) 203-1601      **E-mail Address:** desper@hmafirm.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| State Bar of California (all California state courts) | 12/01/1995 | ✔ Yes  ☐ No* |
| US District Court, Central District of California | 12/01/1995 | ✔ Yes  ☐ No* |
| US Court of Appeals for Ninth Circuit | 12/01/1995 | ✔ Yes  ☐ No* |

* **Explain:** Dates of Admission are estimates.

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |

* **Explain:** No pro hac vice applications within the past year

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✔ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ✔ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9/21/16                              /s/ Dilan A. Esper
**Date**                              **Signature of Applicant**
**Fee Receipt #** PHX176999

(Rev. 04/12)

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Dilan A. Esper_____ , Bar No. ___178293___

was duly admitted to practice in this Court on ___January 12th, 1996___
                                                         DATE

and  is active and in good standing     as a member of the Bar

of this Court.

Dated at Los Angeles, California

on ___September 27th, 2016___
          Date

KIRY K. GRAY
Clerk of Court

By _AKannike_____

Andrea Kannike , Deputy Clerk



G-52 (10/15)                CERTIFICATE OF GOOD STANDING