Joseph G. Adams (#018210)
Carlie Tovrea (#029709)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jgadams@swlaw.com
        ctovrea@swlaw.com

Charles J. Harder  (*pro hac vice* forthcoming)
Ryan J. Stonerock (admitted *pro hac vice*)
Dilan A. Esper (admitted *pro hac vice*)
HARDER MIRELL & ABRAMS L.L.P.
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone:  (424) 203-1600
E-mail:  RStonerock@hmafirm.com
         DEsper@hmafirm.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife, Investment Services Corporation, an Arizona corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>Financial Industry Regulatory Authority, Inc., a Delaware corporation, Scott M. Andersen, a natural person,<br><br>        Defendants. | Case No. 14-cv-02490-PHX-ROS<br><br>**NOTICE OF APPEARANCE** |

24945801

1   Notice is hereby given that Joseph G. Adams and Carlie Tovrea of the law firm of
2   Snell & Wilmer L.L.P. will be appearing as local counsel for plaintiffs John J. Hurry,
3   Justine Hurry, and Investment Services Corporation.  Co-counsel Ryan J. Stonerock and
4   Dilan A. Esper from the firm of Harder Mirell & Abrams LLP already have been admitted
5   *pro hac vice*, and additional co-counsel Charles J. Harder will be filing his application for
6   admission *pro hac vice* shortly.

7   DATED this 30th day of September, 2016.

8   SNELL & WILMER L.L.P.

10   By: s/ Joseph G. Adams
11   Joseph G. Adams
     Carlie Tovrea
12   One Arizona Center
     400 E. Van Buren, Suite 1900
13   Phoenix, Arizona  85004-2202

14   Charles J. Harder
     Ryan J. Stonerock
15   Dilan A. Esper
     HARDER MIRELL & ABRAMS
16   132 S. Rodeo Drive, Fourth Floor
     Beverly Hills, California 90067

17   Attorneys for Plaintiffs

24945801

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2016, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: s/ Mandy Garsha

24945801

- 3 -