1  Joseph G. Adams (#018210)
   Carlie Tovrea (#029709)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 East Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  E-Mail: jgadams@swlaw.com
           ctovrea@swlaw.com
6
   Charles J. Harder  (admitted *pro hac vice*)
7  Ryan J. Stonerock (admitted *pro hac vice*)
   Dilan A. Esper (admitted *pro hac vice*)
8  Jordan Susman (admitted *pro hac vice*)
   HARDER MIRELL & ABRAMS L.L.P.
9  132 S. Rodeo Drive, Fourth Floor
   Beverly Hills, California 90067
10 Telephone: (424) 203-1600
   E-mail: RStonerock@hmafirm.com
11         DEsper@hmafirm.com

12 Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife, Investment Services Corporation, an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Financial Industry Regulatory Authority, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 14-cv-02490-PHX-ROS<br><br>**NOTICE OF SERVICE** |

On November 30, 2016, plaintiffs produced to defendant certain documents that are numbered JH000001—JH003219 in response to multiple requests for production issued by defendant. The production of documents was served by Federal Express.

25304398

DATED this 1st day of December, 2016.

                        SNELL & WILMER L.L.P.

                  By: s/ Joseph G. Adams
                      Joseph G. Adams
                      Carlie Tovrea
                      One Arizona Center
                      400 E. Van Buren, Suite 1900
                      Phoenix, Arizona 85004-2202

                      Charles J. Harder
                      Ryan J. Stonerock
                      Dilan A. Esper
                      Jordan Susman
                      HARDER MIRELL & ABRAMS LLP
                      132 S. Rodeo Drive, Fourth Floor
                      Beverly Hills, California 90212

                      Attorneys for Plaintiffs

25304398

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2016, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: s/ Mandy Garsha

25304398

- 3 -