Joseph G. Adams (#018210)
Carlie Tovrea (#029709)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jgadams@swlaw.com
          ctovrea@swlaw.com

Charles J. Harder  (admitted *pro hac vice*)
Ryan J. Stonerock (admitted *pro hac vice*)
Dilan A. Esper (admitted *pro hac vice*)
Jordan Susman (admitted *pro hac vice*)
HARDER MIRELL & ABRAMS L.L.P.
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone:  (424) 203-1600
E-mail:  RStonerock@hmafirm.com
            DEsper@hmafirm.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife, Investment Services Corporation, an Arizona corporation, | Case No. 14-cv-02490-PHX-ROS |
| Plaintiffs, | **NOTICE OF SERVICE** |
| v. | |
| Financial Industry Regulatory Authority, Inc., a Delaware corporation, | |
| Defendant. | |

On December 29, 2016, plaintiffs served to defendant a supplemental disclosure statement containing the Expert Report of Bryce R. Cook and the Expert Report of Alan M. Wolper by electronic mail, with a confirming copy subsequently served by first class mail.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

DATED this 3rd day of January, 2017.

                                              SNELL & WILMER L.L.P.


                                       By: s/ Joseph G. Adams
                                           Joseph G. Adams
                                           Carlie Tovrea
                                           One Arizona Center
                                           400 E. Van Buren, Suite 1900
                                           Phoenix, Arizona  85004-2202

                                           Charles J. Harder
                                           Ryan J. Stonerock
                                           Dilan A. Esper
                                           Jordan Susman
                                           HARDER MIRELL & ABRAMS LLP
                                           132 S. Rodeo Drive, Fourth Floor
                                           Beverly Hills, California 90212

                                           Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2017, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: s/ Mandy Garsha

25454449