Joseph G. Adams (#018210)
Carlie Tovrea (#029709)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jgadams@swlaw.com
          ctovrea@swlaw.com

Charles J. Harder  (admitted *pro hac vice*)
Ryan J. Stonerock (admitted *pro hac vice*)
Dilan A. Esper (admitted *pro hac vice*)
Jordan Susman (admitted *pro hac vice*)
HARDER MIRELL & ABRAMS L.L.P.
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone:  (424) 203-1600
E-mail:  RStonerock@hmafirm.com
          DEsper@hmafirm.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife, Investment Services Corporation, an Arizona corporation,<br><br>          Plaintiffs,<br><br>          v.<br><br>Financial Industry Regulatory Authority, Inc., a Delaware corporation,<br><br>          Defendant. | Case No. 14-cv-02490-PHX-ROS<br><br>**NOTICE OF SERVICE** |

On January 13, 2017, plaintiffs served defendant with a supplemental document production containing documents labeled JH0026122–JH0036852 by Federal Express.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

25586211

DATED this 19th day of January, 2017.

SNELL & WILMER L.L.P.

By: s/ Joseph G. Adams
    Joseph G. Adams
    Carlie Tovrea
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

    Charles J. Harder
    Ryan J. Stonerock
    Dilan A. Esper
    Jordan Susman
    HARDER MIRELL & ABRAMS LLP
    132 S. Rodeo Drive, Fourth Floor
    Beverly Hills, California 90212

    Attorneys for Plaintiffs

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

25586211

- 2 -

1

**CERTIFICATE OF SERVICE**

2

3    I hereby certify that on January 19, 2017, I electronically transmitted the foregoing

4    document to the U.S. District Court Clerk's Office using the CM/ECF System for filing

5    and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

6    By: s/ Mandy Garsha

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

25586211