Joseph G. Adams (#018210)
Carlie Tovrea (#029709)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jgadams@swlaw.com
      ctovrea@swlaw.com

Charles J. Harder  (admitted *pro hac vice*)
Ryan J. Stonerock (admitted *pro hac vice*)
Dilan A. Esper (admitted *pro hac vice*)
Jordan Susman (admitted *pro hac vice*)
HARDER MIRELL & ABRAMS L.L.P.
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone:  (424) 203-1600
E-mail: RStonerock@hmafirm.com
      DEsper@hmafirm.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife, Investment Services Corporation, an Arizona corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>Financial Industry Regulatory Authority, Inc., a Delaware corporation,<br><br>    Defendant. | Case No. 14-cv-02490-PHX-ROS<br><br>**NOTICE OF SERVICE** |

    On January 19, 2017, plaintiffs served defendant with a supplemental document production containing documents labeled JH0036853-JH0063985 by Federal Express.

25589660

DATED this 20th day of January, 2017.

           SNELL & WILMER L.L.P.

          By: s/ Joseph G. Adams
            Joseph G. Adams
            Carlie Tovrea
            One Arizona Center
            400 E. Van Buren, Suite 1900
            Phoenix, Arizona 85004-2202

            Charles J. Harder
            Ryan J. Stonerock
            Dilan A. Esper
            Jordan Susman
            HARDER MIRELL & ABRAMS LLP
            132 S. Rodeo Drive, Fourth Floor
            Beverly Hills, California 90212

            Attorneys for Plaintiffs

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: s/ Mandy Garsha

25589660