1  Joseph G. Adams (#018210)
   Carlie Tovrea (#029709)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 East Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  E-Mail: jgadams@swlaw.com
              ctovrea@swlaw.com
6
   Charles J. Harder  (admitted *pro hac vice*)
7  Ryan J. Stonerock (admitted *pro hac vice*)
   Dilan A. Esper (admitted *pro hac vice*)
8  Jordan Susman (admitted *pro hac vice*)
   HARDER MIRELL & ABRAMS L.L.P.
9  132 S. Rodeo Drive, Fourth Floor
   Beverly Hills, California 90067
10 Telephone:  (424) 203-1600
   E-mail:  RStonerock@hmafirm.com
11          DEsper@hmafirm.com

12 Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife, Investment Services Corporation, an Arizona corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Financial Industry Regulatory Authority, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 14-cv-02490-PHX-ROS<br><br>**NOTICE OF SERVICE** |

On January 23, 2017, plaintiffs served defendant with a document production by Federal Express containing documents labeled JH0063986-JH0072480.  With that production, plaintiffs also served the following objections to subpoenas:

25621510

1.   Plaintiff's Objections to Defendant Financial Industry Regulatory Authority, Inc.'s Subpoena for Production of Documents to Non-Party Ulmer & Berne LLP;

2.   Plaintiff and Navigant Consulting, Inc.'s Objections to Defendant Financial Industry Regulatory Authority, Inc.'s Subpoena for Production of Documents to Non-Party Navigant Consulting, Inc.

DATED this 24th day of January, 2017.

SNELL & WILMER L.L.P.

By: s/ Joseph G. Adams
    Joseph G. Adams
    Carlie Tovrea
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona  85004-2202

    Charles J. Harder
    Ryan J. Stonerock
    Dilan A. Esper
    Jordan Susman
    HARDER MIRELL & ABRAMS LLP
    132 S. Rodeo Drive, Fourth Floor
    Beverly Hills, California 90212

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2017, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: s/ Mandy Garsha