# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J Hurry, et al., | No. CV-14-02490-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Financial Industry Regulatory Authority Incorporated, et al., | |
| Defendants. | |

Pursuant to Plaintiffs Unopposed Motion to Continue Fact Discovery, Dispositive Motions, and Related Deadlines by 28 Days, and for good cause shown,

**IT IS ORDERED** the motion (Doc. 165) is **GRANTED**. The following deadlines have been extended: Meagher fact discovery due May 26, 2017; Dispositive motions due July 7, 2017; Joint status report due June 23, 2017.

**IT IS FURTHER ORDERED** the Status Conference set for June 2, 2017, is **VACATED** and **RESET** for June 30, 2017, at 11:00 AM.

Dated this 25th day of April, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge