# EXHIBIT B

Case: OMB-2014-2530 - Correspondence
Ombuds
Other

## Case Snapshot

Opened: 1/10/2014 3:00 AM
Days open: 654
Last modified: 12/21/2015 11:39 AM
Date closed: 10/26/2015 3:00 AM
Intake method: Correspondence
Status: Litigation - Referred
Alert: None

## General Case Information

Case number: OMB-2014-2530

Received/Reported date: 1/10/2014

Language: English

Assigned tier: Ombuds

Creator: Cook, Christopher Christopher.Cook@finra.org

### Issue

Primary issue: Other

## Case Details

### Reported tier information

Case type: Complaint - FINRA

Intake method: Correspondence

### Location

Location/Address: Rockville

City: Rockville

State/province: MD

### Reporter contact information

Reporter anonymous: No

Reporter first name: D. Michael

Reporter last name: Cruz

Phone number: 480-603-4900

### Case Information

Reporter Confidential: No

OMB Primary Issue: FINRA Staff - External

CONFIDENTIAL     FINRA_00003205

**OMB Sub Issue:** Misconduct or Inappropriate Behavior

**AssigneeTime Tracking**

**Assignee 1:** Cook, Christopher

**Assignee 1 Hours:** 7095

**Assignee 2:** Abraham, Jasmine

**Assignee 2 Hours:** 3750

**FINRA Department**

**FINRA Department:** Office of Fraud Detection and Market Intelligence

**Referral:** No

**Has visitor contacted FINRA Department?** Yes

**Member Firm:** Scottsdale Capital Advisors Corp. #118786

**Please identify the person(s) associated with this case:** D. Michael Cruz - 480-603-4900

**Details:** In-house Legal Counsel Cruz of BD Scottsdale Capital Advisors Corp. (#118786) sent a letter to OMB and OGC (received by OMB on 1/10/14) complaining about a "potential media leak" regarding the firm's "business, internal practices, customers, customer transactions, securities deposits, wire activities, and trading activity," information disclosed to FINRA due to an ongoing inquiry. The firm believes there is a leak because two articles and reporter questions referenced facts known only by the FINRA staff conducting the OTR and by the firm's senior officers and outside counsel; parties who did not respond to the reporter's inquiries. The firm believes the source of the leak had access to the exhibits presented during the FINRA OTR due to the information presented in the articles. The firm also expressed concern that when the potential leak was brought to the attention of FINRA, the head of Enforcement was "dismissive" of the concerns pointing to a leak within the firm itself—a response the firm found to be unacceptable. The firm requested confirmation that FINRA is safeguarding confidential information obtained during investigations and a "full investigation" by either FINRA or SEC into the possible leak.

**Legacy information**

**Assignments & Access**

**Case assignee(s):** Abraham, Jasmine; Cook, Christopher
**Restricted access:** None
**Case access list:** Cook, Christopher; Derrick, Danielle; Foster, Cindy; Lucas, Theresa; McCormack, Thomas

**Participants**

| Name | Relationship | Role | Results | Notes |
|---|---|---|---|---|
| D. Michael Cruz | Member Firm | Caller | None | |

**Agencies**

None

**Attachments**

**Files**

| File | Category | Date | Description |
|---|---|---|---|
| JA Email to C. Funkhouser SEC Referrals Follow-up 2014-02-05.msg | OMB Document | 2/5/2014 4:29 PM | Email request to C. Funkhouser - 2/5/2014 |

| File | Type | Date | Description |
|---|---|---|---|
| Review of article dated 12-6-2013.xlsx | OMB Document | 2/7/2014 12:14 PM | Chart by CC tracking public vs. non-public information in 12/6/13 The Deal news article provided by the visitor |
| Member Reg-Enf Staff with Potential Access to Rpts Obtained from OFDMI.xlsx | OMB Document | 2/28/2014 2:31 PM | List of Member Regulation and Enforcement staff assigned to examinations that did/may have obtained copies of one or more ▮▮▮ |
| List of Potential Email Addresses for Email Search.xlsx | OMB Document | 2/28/2014 3:56 PM | List of Potential EEs (and external staff) to be subjects of FINRA email searches (as of 2/28/14) |
| Enterprise Search List of Successful and Denied Access Requests to ▮▮▮ COOK ANALYSIS.xlsx | OMB Document | 2/28/2014 3:57 PM | Enterprise Search: CC analysis of the data |
| Scottsdale Capital Case Case Summary.docx | OMB Document | 6/3/2014 1:35 PM | OMB Case Summary as of 5/30/14 |
| Review of Article Sept. 17, 2013.xlsx | OMB Document | 7/2/2014 10:49 AM | JA Review of 9/17/13 Article |
| OMB Interview Questions for Regulatory Staff.docx | OMB Document | 7/17/2014 3:41 PM | Interview questions drafted by OMB for the regulatory operations staff. |
| OMB Interview Faisal Sheikh 2014-07-17.docx | OMB Document | 7/18/2014 12:58 PM | Interview notes for IOMB interview conducted of Faisal Sheikh on 7/17/2014. |
| OMB Interview Ajay Dham 2014-07-17.docx | OMB Document | 7/18/2014 1:40 PM | Interview notes for OMB interview conducted of Ajay Dham on 7/17/2014. |
| OMB Interview Michael McTavish 2014-07-17.docx | OMB Document | 7/18/2014 1:41 PM | Interview notes for OMB interview conducted of Michael McTavish on 7/17/2014. |
| per our conversation.msg | OMB Document | 7/18/2014 1:43 PM | Follow-up from Richard Boyle regarding District contact about ▮▮▮ matter |
| OMB Interview Richard Boyle 2014-07-18.docx | OMB Document | 7/18/2014 1:48 PM | Interview notes for OMB interview conducted of Richard Boyle on 7/18/2014. |
| Scottsdale Case Timeline.xlsx | OMB Document | 7/18/2014 2:14 PM | OMB-created timeline of events regarding the case |
| Scottsdale Case Potential Interviewees by OMB.xlsx | OMB Document | 7/18/2014 2:17 PM | List of potential interviewees by OMB - as of July 17, 2014 |
| OMB Interview Maureen Siess 2014-07-21.docx | OMB Document | 7/21/2014 1:40 PM | Interview notes for OMB interview conducted of Maureen Siess on 7/21/2014. |
| OMB Interview Paul Lane 2014-07-18.docx | OMB Document | 7/21/2014 4:01 PM | Notes from OMB interview of Paul Lane, OFDMI Director II |
| OMB Interview Nancy Condon 2014-07-23.docx | OMB Document | 7/28/2014 11:25 AM | Ombudsman Interview Notes for Nancy Condon – July 23, 2014 |
| OMB-2014-2530 Case Summary-FINAL.docx | OMB Document | 7/31/2014 9:52 AM | Final Case Summary |
| OMB Interview Michelle Ong 2014-07-23.docx | OMB Document | 8/1/2014 7:50 AM | Ombudsman Interview Notes for Michelle Ong – July 23, 2014 |
| OMB Assessment of EE Access to ▮▮▮.zip | OMB Document | 9/3/2015 5:06 PM | OMB assessment of EEs' STAR assignments pertaining to ▮▮▮ |
|  | OMB Document | 9/3/2015 5:26 PM |  |

| File | Type | Date | Description |
|---|---|---|---|
| Case 2530 Cross-References Among ▮▮▮ FINAL.xlsx | | | OMB analysis of cross-references across ▮▮▮ (other ▮▮▮, other entities/parties) |
| Case Action Plan May-June 2015.docx | OMB Document | 9/3/2015 5:27 PM | OMB case action plan - May to June 2015 |
| The Deal - Pipeline Article Reviews.xlsx | OMB Document | 9/3/2015 5:41 PM | J. Abraham assessment of public vs non-public information in the 6 The Deal articles |
| List of Articles and Referrals Event and OMB Review Timelines Email Searches.xlsx | OMB Document | 9/3/2015 5:43 PM | Summary listing of: The Deal articles; ▮▮▮; Event Timeline; OMB Review Timeline; and OMB Email Searches |
| OMB-2014-2530 SUPPLEMENTAL CASE NOTES.docx | OMB Document | 9/3/2015 6:03 PM | Supplemental Case Notes after Litigation Hold placed on case (12/8/14) - Notes capture Case Notes from December 2014 through September 2015 |
| Attachment B Scottsdale Case Summary - Oct 2015.docx | OMB Document | 10/26/2015 11:50 AM | Final Case Summary - October 2015 |
| ▮▮▮ | FINRA Document | 1/31/2014 1:49 PM | ▮▮▮ by FINRA staff |
| Docs from C. Funkhouser 2014-02-11.pdf | FINRA Document | 2/12/2014 1:09 PM | Emails and other documents provided by C. Funkhouser |
| FW ▮▮▮ Follow-up .msg | FINRA Document | 2/12/2014 3:07 PM | Emails provided by Funkhouser that capture examples of Member Regulation staff requesting and obtaining copies of ▮▮▮ |
| Enterprise Search Date each ▮▮▮ was indexed into Enterprise Search.xlsx | FINRA Document | 2/27/2014 1:26 PM | Enterprise Search: date each of the ▮▮▮ was available via Enterprise Search |
| Enterprise Search List of Successful and Denied Access Requests to ▮▮▮.xlsx | FINRA Document | 2/28/2014 12:38 PM | Enterprise Search: list of EEs who were able to read the 'preview' of the ▮▮▮ via Enterprise Search, and those attempted to do so but were denied access |
| Calls Related To ▮▮▮ Jan 2012 Through Jan 2014.pdf | FINRA Document | 2/28/2014 3:40 PM | Calls to/from FINRA and tipster ▮▮▮ b/w January 2012 and January 2014 |
| 2014 Denver Exam Outlook Meeting Request with BD on 2-20-14.pdf | FINRA Document | 3/25/2014 2:46 PM | Outlook Meeting Request on 2/20/14 - between Denver District Office staff and BD staff for a conference call (to discuss the upcoming 2014 routine examination) |
| AML 8210s March 24-26 2014.zip | FINRA Document | 4/25/2014 4:31 PM | 3 8210 request letters issued to BD during FINRA AML team's unannounced visit March 24-26, 2014 |
| Email Inadvertently Sent Outside of FINRA to a Third Party.msg | FINRA Document | 7/17/2014 3:44 PM | Copy of loss report filed by Michael McTavish on December 04, 2013. McTavish forwarded an email containing the subject line: "FW: The 3D Printer Revolution Starts Now" that contained publicly available Internet promotion of the issuer, Makism3D Corp., Inc. ("MDDD"). |
| Oct 15 2013 Meagher Article - Noted ▮▮▮.zip | FINRA Document | 3/17/2015 4:59 PM | |

| File | Type | Date | Description |
|---|---|---|---|
| | | | ▓▓▓▓▓▓ noted in 10/15/13 Meagher The DealFlow article |
| Nov 13 2013 Meagher Article - Noted▓▓▓▓▓.zip | FINRA Document | 3/17/2015 5:00 PM | ▓▓▓▓▓▓ noted in 11/13/13 Meagher The Deal Pipeline article |
| FINRA Calls to-from Area Code 707.zip | FINRA Document | 9/3/2015 3:33 PM | FINRA desktop and mobile telephone calls, faxes, and texts to/from area code 707 (area code of reporter Bill Meagher) |
| Scott Andersen-Emails and Computer Files.zip | FINRA Document | 9/3/2015 3:40 PM | Emails pertaining to former EE Scott Andersen - ▓▓▓▓▓▓; and copies of his computer's hard drive and recycle bin as copied by Technology for OMB on 1/15/15 |
| Tech Searches for ▓▓▓▓▓ on Servers-Documentum.zip | FINRA Document | 9/3/2015 5:22 PM | Technology Search Results ▓▓▓ ▓▓▓▓▓ on Corporate Servers and Documentum |
| FINRA EEs who Requested the ▓▓▓▓▓▓ from OFDMI.docx | FINRA Document | 9/3/2015 5:38 PM | List of EEs who requested copies of ▓▓▓ ▓▓▓▓▓ from OFDMI |
| Fraud Surv staff folder access.xlsx | FINRA Document | 9/3/2015 5:39 PM | Listing of staff who have access to OFDMI shared server folder |
| Emails to OFDMI Seeking ▓▓▓▓.zip | FINRA Document | 9/4/2015 9:22 AM | Emails to OFDMI from EEs seeking copies of the ▓▓▓▓▓▓ (emails provided to OMB by OFDMI) |
| Letter from Cruz to OMB and Colby 2014-01-09.pdf | Reporter Document | 1/14/2014 1:11 PM | CEO letter to OMB and Colby (received 1/10/14) |
| 6 Articles Published by The Deal.zip | Neutral Document | 9/3/2015 3:57 PM | All 6 articles published by The Deal that were reviewed by OMB |
| FINRA Office Calls to-from The Deal 2012-2013.xlsx | Other | 2/7/2014 12:16 PM | FINRA office telephone entries of calls to/from The Deal's 707-992-0725 telephone number in 2012 and 2013, and OMB's analysis. |
| Media Leak Emails.zip | Other | 2/12/2014 3:13 PM | Emails from reporter Meagher, BD counsel, and internal staff regarding alleged leaks cited in Meagher's two articles |
| FW Scottsdale Capital Advisors - Letter to Ombudsman.msg | Other | 3/24/2014 5:01 PM | Visitor's email to OMB and Colby on 3/21/14 (includes 3/20/14 article from The Deal Pipeline re: Biozoom); and Colby's response on 3/21/14 |
| FW smail SIRS System Update.msg | Other | 4/3/2014 1:08 PM | List of FINRA SIRS users as of February 2014 |
| FW Scottsdale Capital Advisors - Letter to Ombudsman.msg | Other | 4/21/2014 5:06 PM | Visitor's 4/17/14 email to Colby and Foster with allegations of another potential media link (and attached 4/16/14 The Deal article) |
| FW Scottsdale Capital Advisors.msg | Other | 7/25/2014 12:09 PM | Emails b/w OMB and the SEC's Inspector General office from 6/4/14/ to 7/24/14 |
| Scottsdale Case Emails 1 of 5.zip | Other | 8/12/2014 2:01 PM | Emails reviewed by OMB - #1 of 5 (emails to/from/related to reporter Meagher, emails to/from former EE McCallion and The Deal reporter |

| | | | Corcoran, and emails to/from EE Yoon and husband Yoon) |
|---|---|---|---|
| Scottsdale Case Emails 2 of 5.zip | Other | 8/12/2014 2:33 PM | Emails reviewed by OMB - #2 of 5 (1st of 2 sets of tipster emails) |
| Scottsdale Case Emails 3 of 5.zip | Other | 8/12/2014 2:35 PM | Emails reviewed by OMB - #3 of 5 (2nd of 2 sets of tipster emails) |
| Scottsdale Case Emails 4 of 5.zip | Other | 8/12/2014 2:36 PM | Emails reviewed by OMB - #4 of 5 (miscellaneous emails not relevant to the case, general emails from "The Deal", Various non-relevant emails to/from "The Deal" reporters, general "The DealFlow" emails, and general "The Street" emails) |
| Scottsdale Case Emails 5 of 5.zip | Other | 8/12/2014 2:37 PM | Emails reviewed by OMB - #5 of 5 (FINRA Quarantine Message emails) |
| TheDealFlow - 39 alleged stock dumps only 4 SEC actions 2013-10-15.pdf | Other | 3/17/2015 4:46 PM | Oct. 15, 2013 article by Meagher in The DealFlow |
| TheDeal Pipeline - Awesome Penny Calls it quits 2013-11-13.pdf | Other | 3/17/2015 4:53 PM | Nov. 13, 2013 article by Meagher in The Deal Pipeline |
| Communications with SEC.zip | Other | 9/3/2015 5:03 PM | Case-related communications b/w FINRA and the SEC - June 2014 through June 2015 |

## Synopsis

### Outcome of case

**Primary outcome:**   Investigated

**Secondary outcome 1:**   No Result

**Secondary outcome 2:**   No Result

**Action taken:**   Reviewed by OMB

### Additional details

**Complaint Outcomes:**   Unable to Verify

**Complaint Type:**   Staff Action/Decision

**Synopsis notes:**   A BD principal sent a letter to the Office of the General Counsel and OMB with a concern that FINRA staff may have been the source for two published articles which disclosed confidential FINRA investigative information. The articles were written by the same reporter. The principal was seeking assurances that FINRA reasonably safeguards information it obtains from BDs and does not inappropriately provide the information to third parties.

The first of the two articles discussed several entities, including the BD, which were suspected by regulators of involvement in pump-and-dump trading. The article noted that the author's source of information originated from a half-dozen referral reports sent by FINRA to the U.S. Securities & Exchange Commission ("SEC"). OMB reviewed ▮▮▮▮▮▮▮▮ and an email in which

the reporter claimed that he had reviewed the reports, and concluded that the reporter had obtained copies of these confidential FINRA reports.

In the second article, the reporter claimed that the BD and its affiliate BD are under investigation by the Federal Bureau of Investigation, the SEC, and FINRA for suspicious trading in a penny stock. The author asserted that his source of information was "a person familiar with those investigations". OMB reviewed STAR records and learned that nearly all the information in this article had originally been provided to FINRA by a tipster who is a current employee at the BD, and had been secretly providing information to FINRA's Office of Fraud Detection and Market Intelligence and SEC staff.

Two months later, the principal sent to FINRA another published article that contained new purportedly confidential information regarding a FINRA examination that was scheduled to commence later that month. The article also asserted that FINRA and the SEC have required the BD to provide all its employees' personal notes regarding the penny stock and ordered the BD not to destroy any records pertaining to the penny stock. OMB reviewed FINRA's System for Tracking Activity for Regulatory Policy & Operations ("STAR") and the Exam Element Toolbox ("EET") and interviewed District Office management, and learned that the routine examination had been announced to the BD prior to the article's publication date.

Subsequently, the principal forwarded to FINRA a fourth article, in which the reporter provided a summation of his earlier articles, but also discussed a purported onsite surprise visit by FINRA staff to the BD wherein the staff obtained documents regarding certain omnibus accounts of the BD. OMB reviewed STAR records and interviewed staff, and learned that FINRA staff did make an unannounced visit seeking certain BD records. Thus, aside from the article citing an erroneous date of the visit, OMB found that the article's information was accurate.

Notwithstanding that the information contained in the latter three articles could have been provided by the tipster or other personnel at the BD, the FINRA ▇▇▇▇▇▇▇▇▇▇ that were the source of the first article should not have been known by the tipster. Therefore, OMB conducted a review to determine whether there was any evidence that one or more FINRA employees were the source of the information provided to the reporter for any of the four published articles. OMB conducted the following steps to investigate the matter:

• Obtained emails provided by FINRA senior managers that included emails to/from the reporter, internal emails discussing the reporter's queries, and regulatory staff requests for copies of ▇▇▇▇▇▇▇▇ during initial planning of various routine examinations.

• Conducted a keyword-driven search that resulted in a review of more than 3,000 FINRA emails seeking to determine whether any inappropriate communications had occurred between staff and the tipster or any persons associated with The Deal publishing company.

• Reviewed FINRA desktop and blackberry telephone records for calls to/from the reporter and to/from the tipster.

• Conducted an internet search to determine which information in the articles was publicly available.

• Interviewed key FINRA managers.

• Reviewed STAR, SRO Investigation Referral System ("SIRS", SEC's internet-based system that allows regulators to electronically transmit regulatory referrals to the SEC), Enterprise Search, Enterprise Desktop, and EET.

• Identified staff who would have had access to one or more, or all of ▇▇▇▇▇▇▇▇▇▇. More than 100 FINRA staff had access to ▇▇▇▇▇▇, and more than 60 employees across three departments had access to ▇▇▇▇▇▇. OMB subsequently interviewed 6 key employees from among the 60 who had access to ▇▇▇▇▇▇ along with 2 employees from Media Relations who had been contacted by the reporter.

• Verified that reasonable procedures are followed to safeguard the confidentiality of FINRA's SEC referral reports.

OMB's review found no evidence that unauthorized persons accessed the confidential ▇▇▇▇ reports, and there was no indication that staff had inappropriate communications with either the tipster or the reporter, or other persons at the publishing company. Accordingly, OMB has found no evidence that FINRA staff leaked information to the reporter.

After discussions with staff from the SEC's Office of Inspector General and FINRA's Office of General Counsel, OMB subsequently decided to expand its review. During the course of doing so, OMB learned of two additional news articles published by the reporter that alluded to ▇▇▇▇▇▇, so OMB obtained FINRA emails to external email addresses that contained key words pertaining to ▇▇▇▇▇▇ cited across the six known news articles. These additional email searches resulted in OMB reviewing an additional 7,000 emails. With respect to one email, OMB found that an employee had sent an email pertaining to FINRA's investigation of the subject BD to their personal email address. As a result, OMB obtained and reviewed all emails the employee had sent to their personal email address, and OMB interviewed the employee. OMB found no concerns with respect to the employee being the source of the leak, but OMB did report the matter to FINRA's Information

Privacy Protection Policy staff in compliance with corporate policy.

In addition to the additional email searches, OMB conducted further reviews of STAR, additional telephone records, and one employee's computer records. OMB also searched FINRA's corporate servers and other electronic files available on FINRA's intranet, and obtained information from OFDMI identifying staff who had requested copies of ▓▓▓▓▓▓▓▓▓▓, to determine which staff had access to ▓▓▓▓▓▓▓▓▓▓▓▓▓.

OMB also further reviewed the six news articles and determined that, although ▓▓▓▓▓▓▓▓▓▓ were cited, the reporter appeared to have had access to a minimum of ▓▓▓▓▓▓▓▓▓▓. For the remaining ▓▓▓▓▓▓▓ the reporter could have seen references to them in the other ▓▓▓▓▓▓▓. OMB then further reviewed STAR and OFDMI records, and identified 110 employees who had access to one or more of ▓▓▓▓▓▓▓. OMB found that non-OFDMI employees had access to no more than ▓▓▓▓▓▓▓▓▓▓ Therefore, it appears that no non-OFDMI staff could have been the source of the media leak.

Accordingly, OMB's additional review found no evidence that FINRA staff leaked information to the reporter.

## Tasks

None

## Case Notes

**12/21/2015 11:39 AM - McCormack, Thomas**
Case marked as Litigation Referred to maintain Litigation Hold on Record.

**1/29/2015 12:19 PM - Cook, Christopher**
On/around 1/28/14, CF informed CC that OMB staff can update this case in EP, despite the legal hold that is currently in place.

**11/28/2014 12:58 PM - Cook, Christopher**
On 11/18/14, CC received and commenced review of the triaged emails: 1,726 total emails for review, pursuant to the 2nd email search's criteria.

On 11/25/14, CC completed review of the emails.

**10/28/2014 5:27 PM - Cook, Christopher**
On 10/28/14, CC commenced triaging the email search results with IA's Sat Jagerdeo.

**10/24/2014 10:10 AM - Cook, Christopher**
On 10/23/14, CC discussed this closed case with Foster.

On 10/24/14, CC re-opened the case due to the pending review of the 2nd email search results.

**10/7/2014 3:06 PM - Cook, Christopher**
On 10/6/14, with respect to this closed case, CC obtained a partial result for the new email search results - for all emails sent to SEC email addresses (168 emails). CC then prepared a list for Foster of SEC staff who had received either one or more of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and SEC staff who received information pertaining to ▓▓▓▓▓▓▓▓▓▓.

On 10/7/14, CC checked CRD and found that the Scottsdale tipster voluntarily terminated from the BD on 9/29/14.

**10/2/2014 8:58 AM - Cook, Christopher**
On 10/1/14, CC discussed this closed case with C. Foster regarding a request for a 2nd email search.

The original email search had focused on all emails to/from:
--tipster's email address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
--reporter's email address (bmeagher@thedeal.com), and
--reporter's entity's email address (thedeal.com).

The new search terms were provided to Sat Jagerdeo on 10/1/14 as follows:

Time Period: January 1, 2013 through December 31, 2013

Scope: All emails from FINRA email addresses to external email addresses, in which the subject or content contains either the symbol, the name or the 'highlighted' name of the following ▓▓▓▓▓▓▓ ('highlighted' name is a shorter version in the event

CONFIDENTIAL                                                                                                   FINRA_00003212

the email sender did not use the full security name):



**8/12/2014 3:44 PM - Cook, Christopher**
On 8/12/14, with respect to this closed case, CC uploaded the 3,273 reviewed emails (via 5 zip files).

**8/1/2014 8:06 AM - Cook, Christopher**
On 8/1/14, CC updated the case.

**7/31/2014 9:57 AM - Cook, Christopher**
On 7/31/14, CC prepared a final case summary and attached it to the case, and prepared a response to a 7/30/14 verbal request by the SEC Office of Inspector General's Roberta Raftovich who was seeking a copy of the OMB case summary. C. Foster issued the response to Raftovich on this day.

**7/30/2014 2:44 PM - Cook, Christopher**
On 7/30/14, CC discussed the case with Foster and updated the case.

**7/29/2014 10:26 AM - Cook, Christopher**
On 7/29/14, CC reviewed the case and discussed it with C. Foster and JA.

Also on 7/29/14, Foster called visitor Cruz and informed him that OMB has completed its review and found no evidence that FINRA staff provided confidential information to the reporter. Cruz asked whether Foster has any theories as to the source of the confidential information; Foster responded that she cannot discuss such information.

**7/25/2014 11:58 AM - Cook, Christopher**
On 7/24/14, Foster informed CC that she had responded to an SEC Inspector General request for an update on OMB's review. Foster had responded that OMB's review had completed and had found no evidence of a FINRA leak. (see attached email)

On 7/25/14, CC reviewed interview notes, discussed the case with Foster, and drafted an updated case summary.

**7/23/2014 2:14 PM - Cook, Christopher**
On 7/23/14, CC and JA conducted interviews with Media Relations' Nancy Condon and Michelle Ong. This completed the planned employee interviews.

**7/21/2014 1:31 PM - Cook, Christopher**
On 7/21/14, CC and JA interviewed Maureen Siess. CC also determined an estimated number of staff who have (or had) access to ▮▮▮▮▮: 41 staff had access via SIRS, and between 19 and 65 OFDMI staff likely have access via OFDMI's shared folders; there is also the possibility that as many as 50 more OFDMI staff (CRG) also have access via the shared folders. Accordingly, the total staff with access appears to be between 60 (41+19) and circa 150 (41+65+50).

Also, Foster informed CC that no further interviews, other than the 8 staff previously identified, will need to occur.

**7/21/2014 10:39 AM - Abraham, Jasmine**
On 7/21/2014 JA & CC interviewed Maureen Siess (OFDMI - Fraud, Director I).

**7/18/2014 12:16 PM - Cook, Christopher**
On 7/18/14, CC and JA interviewed Richard Boyle and Paul Lane.

**7/17/2014 3:40 PM - Abraham, Jasmine**
Prepared for interviews, scheduled interviews, conducted interviews of Michael McTavish, Faisal Sheikh, and Ajay Dham. and engaged in post-interview activities.

**7/17/2014 2:45 PM - Cook, Christopher**
On 7/17/14, CC and JA commenced employee interviews with interviews of Michael McTavish, Faisal Sheikh, and Ajay Dham.

**7/16/2014 3:00 PM - Cook, Christopher**