1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| John J Hurry, et al., | No. CV-14-02490-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Financial Industry Regulatory Authority Incorporated, et al., | |
| Defendants. | |

Pursuant to the Parties' Stipulated Request to Continue Deadline for FINRA to File Reply In Support of Its Motion for Summary Judgment (First Request) and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 182) is **GRANTED.** The deadline for defendant Financial Industry Regulatory Authority, Inc. to file and serve its reply in support of its motion for summary judgment shall be continued from August 24, 2017, to August 31, 2017.

Dated this 15th day of August, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge