George Brandon (No. 017947) george.brandon@squirepb.com
Gregory A. Davis (No. 025976) gregory.davis@squirepb.com
Gregory Schneider (No. 029660) gregory.schneider@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Attorneys for Defendants Financial Industry Regulatory Authority, Inc.
and Scott M. Andersen

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife; Investment Services Corporation, an Arizona corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Financial Industry Regulatory Authority, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 14-cv-02490-PHX-ROS<br><br>**FOURTH NOTICE OF DISCOVERY AND SETTLEMENT** |

Pursuant to the Court's Rule 16 Scheduling Order (Doc. 140) the parties hereby provide their Fourth Notice of Discovery and Settlement.

The parties have not settled this case and no settlement discussions have taken place. The following discovery responses have been produced in this case:

- On November 23, 2016, FINRA produced to plaintiffs documents Bates labeled FINRA_00000001–3204;
- On December 21, 2016, plaintiffs produced to FINRA documents Bates labeled JH000001–26121;
- On January 13, 2017, plaintiffs produced to FINRA documents Bates labeled JH026122–36852;

- On January 19, 2017, plaintiffs produced to FINRA documents Bates labeled JH036853–63985;
- On January 23, 2017, plaintiffs produced to FINRA documents Bates labeled JH063986–72480;
- On February 6, 2017, FINRA produced to plaintiffs documents Bates labeled FINRA_00003205–11812; and
- On February 20, 2017, FINRA produced to plaintiffs documents Bates labeled FINRA_00011833–12220.

The depositions of the following current or former employees, agents, attorneys, and experts of plaintiffs have been taken:

- Gerald Russello;
- Darrel Michael Cruz;
- John Hurry;
- Justine Hurry;
- Henry Diekmann;
- Eric Miller; and
- Bryce Cook.

The depositions of the following current or former employees, agents, attorneys, and experts of FINRA have been taken:

- Nancy Condon;
- Michelle Ong;
- Cindy Foster;
- Christopher Cook;
- Scott Andersen; and
- David Weekly.

FINRA filed its motion for summary judgment on July 7, 2017. Plaintiffs filed their response to FINRA's motion for summary judgment on August 9, 2017. FINRA filed its reply in support of its motion for summary judgment on August 31, 2017.

RESPECTFULLY SUBMITTED this 1st day of December, 2017.

*/s/ Gregory A. Davis*
George Brandon
Gregory A. Davis
Gregory Schneider
SQUIRE PATTON BOGGS (US) LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Financial Industry
Regulatory Authority, Inc. and Scott M. Andersen

*/s/ Joseph G. Adams* [with permission]
Joseph G. Adams
Carlie Tovrea
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Attorneys for Plaintiffs

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2017, I electronically filed the foregoing document with the Court using the CM/ECF System for filing and service on plaintiffs as listed below:

| | |
|---|---|
| Joseph G. Adams | Charles J. Harder |
| Carlie Tovrea | Jordan Susman |
| Snell & Wilmer L.L.P. | Harder Mirell & Abrams LLP |
| One Arizona Center | 132 S Rodeo Drive, Fourth Floor |
| 400 East Van Buren, Suite 1900 | Beverly Hills, California 90212 |
| Phoenix, Arizona 85004-2202 | |

*Attorneys for Plaintiffs*

*/s/ Sara Ramirez*