# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J Hurry, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Financial Industry Regulatory Authority Incorporated, et al., <br><br> Defendants. | **NO. CV-14-02490-PHX-ROS** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 29, 2018, which granted the Motion for Summary Judgment, judgment is entered in favor of Defendants and against Plaintiffs. Plaintiffs to take nothing, and the complaint and action are hereby terminated.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

March 29, 2018

                                        s/ E. Aragon
                               By   Deputy Clerk