AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| John J. Hurry, et al., | ) |
| v. | ) Case No.: CV-14-02490-PHX-ROS |
| Financial Industry Regulatory Authority, Inc., et al. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/29/2018__ against __Plaintiffs__ ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................... | $ 116.20 |
| Fees for service of summons and subpoena ........................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 12,009.40 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses *(itemize on page two)* ............................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................................. | |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ....................................................... | |
| TOTAL | $ 12,125.60 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

✔ Electronic service       ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   Gregory A. Davis

Name of Attorney: Gregory A. Davis

For:   Financial Industry Regulatory Authority, Inc.                    Date:   04/12/2018
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*       *Deputy Clerk*       *Date*

| Cost Code | Date | Billed Amt | Narrative |
|---|---|---|---|
| **FEES OF THE CLERK** | | | |
| Fees of the Clerk | 1/7/2015 | $2.20 | VENDOR: BB&T Financial FSB INVOICE#: 86507_30515_WEDEM DATE: 3/5/2015 - PACER - Court documents. |
| Fees of the Clerk | 1/7/2015 | $3.50 | VENDOR: BB&T Financial FSB INVOICE#: 86507_30515_WEDEM DATE: 3/5/2015 - PACER - Court documents. |
| Fees of the Clerk | 1/13/2015 | $9.00 | VENDOR: BB&T Financial FSB INVOICE#: 86507_30515_WEDEM DATE: 3/5/2015 PACER - Court documents. |
| Fees of the Clerk | 1/13/2015 | $13.20 | VENDOR: BB&T Financial FSB INVOICE#: 86507_30515_WEDEM DATE: 3/5/2015 PACER - Court documents. |
| Fees of the Clerk | 4/6/2015 | $2.20 | VENDOR: BB&T Financial FSB INVOICE#: 86507_50515_WEDEM DATE: 5/5/2015 PACER - Court documents.  Invoice # SS5440040615. |
| Fees of the Clerk | 7/7/2015 | $3.20 | VENDOR: BB&T Financial FSB INVOICE#: 86507_80515_WEDEM DATE: 8/5/2015 PACER - Court documents. |
| Fees of the Clerk | 4/9/2016 | $5.40 | VENDOR: BB&T Financial FSB INVOICE#: 86507_50516_WEDEM DATE: 5/5/2016 PACER - Court documents. |
| Fees of the Clerk | 7/5/2016 | $1.00 | VENDOR: BB&T Financial FSB INVOICE#: 86507_20617_WEDEM DATE: 2/6/2017 PACER - Court documents. |
| Fees of the Clerk | 7/5/2016 | $24.50 | VENDOR: BB&T Financial FSB INVOICE#: 86507_80516_WEDEM DATE: 8/5/2016 PACER INV #4311101 - Court documents. |
| Fees of the Clerk | 10/5/2016 | $1.70 | VENDOR: BB&T Financial FSB INVOICE#: 86507_120516_WED DATE: 12/5/2016 PACER Invoice SS5440100516 - Court documents. |
| Fees of the Clerk | 4/5/2017 | $23.20 | VENDOR: BB&T Financial FSB INVOICE#: 86507_50517_WEDE DATE: 5/5/2017 PACER - Court documents. |
| Fees of the Clerk | 7/6/2017 | $11.90 | VENDOR: BB&T Financial FSB INVOICE#: 86507_90517_WEDE DATE: 9/5/2017 PACER - Court documents. |
| Fees of the Clerk | 10/6/2017 | $12.10 | VENDOR: BB&T Financial FSB INVOICE#: 86507_120517_WEDE DATE: 12/5/2017  PACER - Court documents. |
| Fees of the Clerk | 1/8/2018 | $3.10 | VENDOR: BB&T Financial FSB INVOICE#: 86507_30518_WEDE DATE: 3/5/2018 PACER - Court documents. |
| **Fees of the Clerk (Total)** | | **$116.20** | |
| **DEPOSITION COSTS** | | | |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 2/21/2017 | $777.04 | VENDOR: Veritext; INVOICE#: NY2887575; DATE: 2/21/2017 - Phx - Stenographic reporting regarding deposition of Gerald J Russello. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 2/27/2017 | $457.33 | VENDOR: Esquire Deposition Solutions; INVOICE#: INV0938249; DATE: 2/27/2017 - Phx - Stenographic reporting regarding deposition of Michelle Ong. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/1/2017 | $1,104.75 | VENDOR: Esquire Deposition Solutions; INVOICE#: INV09402042; DATE: 3/1/2017 - Phx - Stenographic reporting regarding deposition of Nancy Condon. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/6/2017 | $1,895.04 | VENDOR: Esquire Deposition Solutions; INVOICE#: INV0942196; DATE: 3/6/2017 - Phx - Stenographic reporting regarding depositions of Cindy Foster-Nicholas and Christopher Cook. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/7/2017 | $976.97 | VENDOR: mg reporting; INVOICE#: MG4404; DATE: 3/7/2017 - Phx - Stenographic reporting regarding deposition of Michael Cruz. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/7/2017 | $990.73 | VENDOR: mg reporting; INVOICE#: MG4402; DATE: 3/7/2017 - Phx - Stenographic reporting regarding depositions of Justine Hurry and Henry Diekmann. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/10/2017 | $563.65 | VENDOR: Carrie Reporting LLC; INVOICE#: CR4783; DATE: 3/10/2017 - Phx - Stenographic reporting regarding 02/22/17 Videotaped deposition of David Brian Weekly. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/12/2017 | $1,089.68 | VENDOR: mg reporting; INVOICE#: MG4416; DATE: 3/12/2017 - Phx - Stenographic reporting regarding deposition of Bryce R Cook. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/12/2017 | $1,503.56 | VENDOR: mg reporting; INVOICE#: MG4414; DATE: 3/12/2017 - Phx - Stenographic reporting regarding deposition of Eric Joseph Miller. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/14/2017 | $2,025.65 | VENDOR: mg reporting; INVOICE#: MG4418; DATE: 3/14/2017 - Phx - Stenographic reporting regarding deposition of John J Hurry. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/16/2017 | $625.00 | VENDOR: Esquire Deposition Solutions; INVOICE#: INV0950640; DATE: 3/16/2017 - Phx - Stenographic reporting regarding deposition of Scott Andersen. |
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case (Total)** | | **$12,009.40** | |
| **Taxable Costs (Grand Total)** | | **$12,125.60** | |