Gregory A. Davis (No. 025976) gregory.davis@squirepb.com
Gregory Schneider (No. 029660) gregory.schneider@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Attorneys for Defendants Financial Industry Regulatory Authority, Inc.
and Scott M. Andersen

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife; Investment Services Corporation, an Arizona corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Financial Industry Regulatory Authority, Inc., a Delaware corporation, <br><br> Defendant. | Case No. 14-cv-02490-PHX-ROS <br><br> **NOTICE OF FILING AMENDED BILL OF COSTS AND SUPPORTING DOCUMENTATION** |

Pursuant to the Court's Minute Order (Doc. 192), Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") hereby submits its Amended Bill of Costs.

- The Amended Bill of Costs is attached hereto as **Exhibit A**;
- A revised itemized list of FINRA's taxable costs is attached hereto as **Exhibit B**; and
- Invoices supporting FINRA's requested taxable costs are attached hereto as **Exhibit C**.

FINRA has elected in its Amended Bill of Costs to withdraw it request to recover Clerk's Fees because the supporting documentation reflecting those fees lacks specificity. FINRA instead seeks only to recover its taxable deposition costs.

RESPECTFULLY SUBMITTED this 17th day of April, 2018.

*/s/ Gregory A. Davis*
George Brandon
Gregory A. Davis
Gregory Schneider
SQUIRE PATTON BOGGS (US) LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Financial Industry Regulatory Authority, Inc. and Scott M. Andersen

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2018, I electronically filed the foregoing document with the Court using the CM/ECF System for filing and service on plaintiffs as listed below:

| | |
|---|---|
| Joseph G. Adams | Charles J. Harder |
| Carlie Tovrea | Jordan Susman |
| Snell & Wilmer L.L.P. | Harder Mirell & Abrams LLP |
| One Arizona Center | 132 S Rodeo Drive, Fourth Floor |
| 400 East Van Buren, Suite 1900 | Beverly Hills, California 90212 |
| Phoenix, Arizona 85004-2202 | |

*Attorneys for Plaintiffs*

*/s/ Sara Ramirez*

# EXHIBIT A

# EXHIBIT A

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| John J. Hurry, et al., | ) |
| v. | ) Case No.: CV-14-02490-PHX-ROS |
| Financial Industry Regulatory Authority Incorporated, et al. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/29/2018__ against __Plaintiffs__ ,
                                                                        *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ |
| Fees for service of summons and subpoena .......................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 12,009.40 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses *(itemize on page two)* ........................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................... | |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ..................................................... | |
| TOTAL | $ 12,009.40 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

✔ Electronic service        ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  Gregory A. Davis

Name of Attorney:  Gregory A. Davis

For:  Financial Industry Regulatory Authority, Inc.          Date:  04/17/2018
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

                            By: _____
*Clerk of Court*                 *Deputy Clerk*                    *Date*

# EXHIBIT B

| *Cost Code* | *Date* | *Billed Amt* | *Narrative* |
|---|---|---|---|
| **DEPOSITION COSTS** | | | |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 2/21/2017 | $777.04 | VENDOR: Veritext; INVOICE#: NY2887575; DATE: 2/21/2017 - Phx - Stenographic reporting regarding deposition of Gerald J Russello. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 2/27/2017 | $457.33 | VENDOR: Esquire Deposition Solutions; INVOICE#: INV0938249; DATE: 2/27/2017 - Phx - Stenographic reporting regarding deposition of Michelle Ong. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/1/2017 | $1,104.75 | VENDOR: Esquire Deposition Solutions; INVOICE#: INV09402042; DATE: 3/1/2017 - Phx - Stenographic reporting regarding deposition of Nancy Condon. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/6/2017 | $1,895.04 | VENDOR: Esquire Deposition Solutions; INVOICE#: INV0942196; DATE: 3/6/2017 - Phx - Stenographic reporting regarding depositions of Cindy Foster-Nicholas and Christopher Cook. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/7/2017 | $976.97 | VENDOR: mg reporting; INVOICE#: MG4404; DATE: 3/7/2017 - Phx - Stenographic reporting regarding deposition of Michael Cruz. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/7/2017 | $990.73 | VENDOR: mg reporting; INVOICE#: MG4402; DATE: 3/7/2017 - Phx - Stenographic reporting regarding depositions of Justine Hurry and Henry Diekmann. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/10/2017 | $563.65 | VENDOR: Carrie Reporting LLC; INVOICE#: CR4783; DATE: 3/10/2017 - Phx - Stenographic reporting regarding 02/22/17 Videotaped deposition of David Brian Weekly. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/12/2017 | $1,089.68 | VENDOR: mg reporting; INVOICE#: MG4416; DATE: 3/12/2017 - Phx - Stenographic reporting regarding deposition of Bryce R Cook. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/12/2017 | $1,503.56 | VENDOR: mg reporting; INVOICE#: MG4414; DATE: 3/12/2017 - Phx - Stenographic reporting regarding deposition of Eric Joseph Miller. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/14/2017 | $2,025.65 | VENDOR: mg reporting; INVOICE#: MG4418; DATE: 3/14/2017 - Phx - Stenographic reporting regarding deposition of John J Hurry. |
| Fees for stenographic transcript of a deposition necessarily obtained for use in the case | 3/16/2017 | $625.00 | VENDOR: Esquire Deposition Solutions; INVOICE#: INV0950640; DATE: 3/16/2017 - Phx - Stenographic reporting regarding deposition of Scott Andersen. |
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case (Total)** | | **$12,009.40** | |
| **Taxable Costs (Grand Total)** | | **$12,009.40** | |

# EXHIBIT C

Case 2:14-cv-02490-ROS   Document 193   Filed 04/17/18   Page 8 of 19

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

SQUIRE PATTON ...S) LLP
LITIGATI(
RECE
MAR 0 ...
SEN
FOLLOW UP
DOCKET FOR
BY
FILE NO



| | |
|---|---|
| Invoice #: | NY2887575 |
| Invoice Date: | 2/21/2017 |
| Balance Due: | $777.04 |

**Bill To:** Gregory Schneider
Squire Patton Boggs
1 E Washington St
Suite 2700
Phoenix, AZ, 85004-2556

| | |
|---|---|
| Case: | Hurry J. John And Justine Hurry v. Financial Industry Regulatory Authority Inc., |
| Job #: | 2539453 | Job Date: 2/17/2017 | Delivery: Daily |
| Billing Atty: | Gregory Schneider |
| Location: | Squire Patton Boggs |
| | 30 Rockefeller Plaza | 23rd Floor | New York, NY 10112 |
| Sched Atty: | Gregory Schneider | Squire Patton Boggs |

| Witness | Description | Amount |
|---|---|---|
| Gerald J Russello | Transcript Services | $326.75 |
| | Transcript - Fee for Daily | $197.65 |
| | Professional Attendance | $50.00 |
| | Exhibit Management | $39.90 |
| | Rough Draft | $97.15 |
| | Expenses | $0.00 |
| | Delivery and Handling | $65.59 |

**Notes:**

| | |
|---|---|
| Invoice Total | $777.04 |
| Payment | $0.00 |
| Credit | $0.00 |
| Interest | $0.00 |
| Balance Due | $777.04 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY2887575 |
|---|---|
| Job #: | 2539453 |
| Invoice Date: | 2/21/2017 |
| Balance: | $777.04 |

82537



# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice INV0938249*

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 2/27/2017 |
| Terms | Net 30 |
| Due Date | 3/29/2017 |

| | |
|---|---|
| Client Number | C13102 |
| Esquire Office | Los Angeles |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Squire Sanders - Phoenix
1 East Washington Street
Suite 2700
Phoenix AZ 85004

**Services Provided For**
Squire Patton Boggs - Phoenix
Davis, Gregory A
1 East Washington Street
Suite 2700
Phoenix AZ 85004

SQUIRE PATTON BOGGS (US) LLP
LITIGATION DEPT
RECEIVED
MAR 06 2017
SENT TO
FOLLOW-UP
DOCKET FOR
BY
FILE NO

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 2/22/2017 | J0524733 | Washington, DISTRICT OF COLUM... | JOHN HURRY VS FINANCIAL INDUSTRY REGULATORY AUT... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | Michelle Ong | 65 | 3.30 | 214.50 |
| 3 DAY EXPEDITE | Michelle Ong | | | 182.33 |
| DIGITAL TRANSCRIPT-PDF-PTX | Michelle Ong | 1 | 25.00 | 25.00 |
| HANDLING FEE | Michelle Ong | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN PACKET | Michelle Ong | 1 | 0.00 | 0.00 |

| | |
|---|---|
| Subtotal | 421.83 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 457.33 |
| Amount Due | $457.33 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Squire Patton Boggs - Phoenix |
| Client # | C13102 |
| Invoice # | INV0938249 |
| Invoice Date | 2/27/2017 |
| Due Date | 3/29/2017 |
| Amount Due | $ 457.33 |



# Invoice INV0940242

2700 Centennial Tower  
101 Marietta Street  
Atlanta GA 30303  
888-486-4044  
www.esquiresolutions.com  
Tax ID # 45-3463120  

| | |
|---|---|
| Date | 3/1/2017 |
| Terms | Net 30 |
| Due Date | 3/31/2017 |

| | |
|---|---|
| Client Number | C13102 |
| Esquire Office | Los Angeles |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**  
Squire Sanders - Phoenix  
1 East Washington Street  
Suite 2700  
Phoenix AZ 85004  

**Services Provided For**  
Squire Patton Boggs - Phoenix  
Davis, Gregory A  
1 East Washington Street  
Suite 2700  
Phoenix AZ 85004  

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 2/22/2017 | J0524742 | Washington, DISTRICT OF COLUM... | JOHN HURRY VS FINANCIAL INDUSTRY REGULATORY AUT... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Nancy Condon | 145 | 3.70 | 536.50 |
| 3 DAY - COPY OVER O&1 EXPEDITE | Nancy Condon | | | 498.80 |
| EXHIBITS W/TABS | Nancy Condon | 7 | 0.50 | 3.50 |
| DIGITAL TRANSCRIPT-PDF-PTX | Nancy Condon | 1 | 25.00 | 25.00 |
| CONDENSED TRANSCRIPT | Nancy Condon | 1 | 16.00 | 16.00 |
| HANDLING FEE | Nancy Condon | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN PACKET | Nancy Condon | 1 | 0.00 | 0.00 |

| | |
|---|---|
| Subtotal | 1,079.80 |
| Shipping Cost (FedEx) | 24.95 |
| Total | 1,104.75 |
| Amount Due | $1,104.75 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**  
Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099  

| | |
|---|---|
| Client Name | Squire Patton Boggs - Phoenix |
| Client # | C13102 |
| Invoice # | INV0940242 |
| Invoice Date | 3/1/2017 |
| Due Date | 3/31/2017 |
| Amount Due | $ 1,104.75 |

# ESQUIRE
DEPOSITION SOLUTIONS

Invoice INV0942196

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 3/6/2017 |
| Terms | Net 30 |
| Due Date | 4/5/2017 |

| | |
|---|---|
| Client Number | C13102 |
| Esquire Office | Los Angeles |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Squire Sanders - Phoenix
1 East Washington Street
Suite 2700
Phoenix AZ 85004

SQUIRE PATTON BOGGS (US) LLP
LITIGATION DEPT
RECEIVED
MAR 13 2017
SENT TO
FOLLOW UP
DOCKET FOR
BY
FILE NO

**Services Provided For**
Squire Patton Boggs - Phoenix
Davis, Gregory A
1 East Washington Street
Suite 2700
Phoenix AZ 85004

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 2/23/2017 | J0524737 | Washington, DISTRICT OF COLUM... | JOHN HURRY VS FINANCIAL INDUSTRY REGULATORY AUT... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Cindy Foster-Nicholas | 202 | 3.70 | 747.40 |
| 5 DAY - COPY OVER O&1 EXPEDITE | Cindy Foster-Nicholas | | | 531.26 |
| EXHIBITS TABS | Cindy Foster-Nicholas | 1 | 0.50 | 0.50 |
| EXHIBITS B&W | Cindy Foster-Nicholas | 6 | 0.50 | 3.00 |
| CONDENSED TRANSCRIPT | Cindy Foster-Nicholas | 1 | 16.00 | 16.00 |
| HANDLING FEE | Cindy Foster-Nicholas | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN PACKET | Cindy Foster-Nicholas | 1 | 0.00 | 0.00 |
| TRANSCRIPT - COPY-VID-WI | Christopher Cook | 86 | 3.70 | 318.20 |
| 5 DAY - COPY OVER O&1 EXPEDITE | Christopher Cook | | | 226.18 |
| EXHIBITS TABS | Christopher Cook | 1 | 0.50 | 0.50 |
| EXHIBITS B&W | Christopher Cook | 1 | 0.50 | 0.50 |
| CONDENSED TRANSCRIPT | Christopher Cook | 1 | 16.00 | 16.00 |
| HANDLING FEE | Christopher Cook | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN PACKET | Christopher Cook | 1 | 0.00 | 0.00 |

| | |
|---|---|
| Subtotal | 1,859.54 |
| Shipping Cost (n/a) | 35.50 |
| Total | 1,895.04 |
| Amount Due | $1,895.04 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Squire Patton Boggs - Phoenix |
| Client # | C13102 |
| Invoice # | INV0942196 |
| Invoice Date | 3/6/2017 |
| Due Date | 4/5/2017 |
| Amount Due | $ 1,895.04 |

# Marin-Garcia Reporting, Inc.
2415 E. Camelback Road, Suite 700
Phoenix, AZ  85016
602.512.1300
mgreporting.com

# Invoice

| Date | Invoice No. |
|---|---|
| 3/7/2017 | mg-4404 |
| Tax ID No.: 71-0893578 | |

## Best Kept Record

| Bill To: |
|---|
| Squire Patton Boggs (US) LLP |
| Gregory A. Davis, Esq. |
| 1 East Washington Street |
| Suite 2700 |
| Phoenix, AZ 85004 |

| Caption |
|---|
| Hurry v. FINRA |

| Reporter | Payment Terms | Scheduled |
|---|---|---|
| L Marin-Garcia | Upon Receipt | 3/7/2017 |

| Description | Amount |
|---|---|
| Videotaped Deposition of Darrel Michael Cruz - CONFIDENTIAL - Pursant to Protective Order - O/1 - 130 pages | 513.50 |
| Rough Draft Transcript - (130 pages) | 195.00 |
| Reporting Services - Per Diem | 170.00 |
| Electronic Transcript (.pdf format) | 25.00 |
| Scanned Exhibits (131 pages) | 48.47 |
| Binding & Delivery of Original Transcript(s) | 25.00 |

**Unpaid invoices accrue interest at 18% annually (1.5% per month) until paid.**

mg reporting Court Reporters, RRF R1006, certifies that all aspects of this invoice and other business terms comply with the ethical obligations set forth in ACJA Section 7-206 (J)(1)(g)(3) through (6) where applicable.

| | |
|---|---|
| **Total** | $976.97 |
| Payments/Credits | $0.00 |
| Balance Due | $976.97 |

# Marin-Garcia Reporting, Inc.
2415 E. Camelback Road, Suite 700
Phoenix, AZ 85016
602.512.1300
mgreporting.com

## Invoice

| Date | Invoice No. |
|---|---|
| 3/7/2017 | mg-4402 |
| Tax ID No.: 71-0893578 | |

## Best Kept Record

| Bill To: |
|---|
| Squire Patton Boggs (US) LLP<br>Gregory Schneider, Esq.<br>1 East Washington Street<br>Suite 2700<br>Phoenix, AZ 85004 |

| Caption |
|---|
| Hurry v. FINRA |

| Reporter | Payment Terms | Scheduled |
|---|---|---|
| L Marin-Garcia | Upon Receipt | 2/21/2017 |

| Description | Amount |
|---|---|
| Videotaped Deposition of Justine Hurry - CONFIDENTIAL Pursuant to Protective Order - O/1 - 73 pages | 288.35 |
| Videotaped Deposition of Henry William Diekmann - Pursuant to Protective Order - O/1 - 79 pages | 312.05 |
| Reporting Services - Per Diem | 170.00 |
| Rough Draft Transcript (Henry William Diekmann) - (79 pages) | 118.50 |
| Electronic Transcript (.pdf format) (2) | 50.00 |
| Scanned Exhibits | 21.83 |
| Binding & Delivery of Original Transcript(s) | 30.00 |

**Unpaid invoices accrue interest at 18% annually (1.5% per month) until paid.**

mg reporting Court Reporters, RRF R1006, certifies that all aspects of this invoice and other business terms comply with the ethical obligations set forth in ACJA Section 7-206 (J)(1)(g)(3) through (6) where applicable.

| | |
|---|---|
| **Total** | $990.73 |
| Payments/Credits | $0.00 |
| Balance Due | $990.73 |

# CARRIE REPORTING, LLC

2415 East Camelback Road
Suite 700
Phoenix, AZ 85016
Office  480-429-7573
Fax    602-277-5576

# INVOICE

Invoice Number:     CR4783
Invoice Date:       3/10/2017
Tax ID   26-0715268
Certified Court Reporter #50355
Registered Reporting Firm R1064

**BILL TO:**

Squire Patton Boggs, LLP
Gregory Schneider, Esq.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004

**CAPTION:**

Hurry vs. Financial Industry Regulatory
14-cv-02490-PHX-ROS

**SCHEDULED:** 2/22/2017     **REPORTER:** Carrie Cariati     **JOB #** CR1072-H

| DESCRIPTION | AMOUNT |
| --- | --- |
| Videotaped Deposition Transcript of David Brian Weekly, 103 pages - Copy | 345.05 |
| Rough Draft | 154.50 |
| Exhibits - scanned | 29.10 |
| E-Transcript | 25.00 |
| Processing | 10.00 |

CERTIFICATION

All aspects of this invoice and other business terms comply with the ethical obligations set forth in Arizona Code of Judicial Administration Sections (J)(1)(g)(3) through (6).

Please write the invoice number of your payment       **TOTAL  $563.65**

Thank you for choosing Carrie Reporting, LLC       Net 30 days

# Marin-Garcia Reporting, Inc.
2415 E. Camelback Road, Suite 700
Phoenix, AZ 85016
602.512.1300
mgreporting.com

# Invoice

| Date | Invoice No. |
|---|---|
| 3/12/2017 | mg-4416 |
| Tax ID No.: 71-0893578 ||

## Best Kept Record

| Bill To: |
|---|
| Squire Patton Boggs (US) LLP |
| Gregory A. Davis, Esq. |
| 1 East Washington Street |
| Suite 2700 |
| Phoenix, AZ 85004 |

| Caption |
|---|
| Hurry v. FINRA |

| Reporter | Payment Terms | Scheduled |
|---|---|---|
| R Osterode | Upon Receipt | 2/27/2017 |

| Description | Amount |
|---|---|
| Expert Videotaped Deposition of Bryce R. Cook - CONFIDENTIAL - O/1 - 186 pages | 781.20 |
| Reporting Services - Per Diem | 220.00 |
| Electronic Transcript (.pdf format) | 25.00 |
| Scanned Exhibits (104 pages) | 38.48 |
| Binding & Delivery of Original Transcript(s) | 25.00 |
| ASCII File (Complimentary) | 0.00 |

**Unpaid invoices accrue interest at 18% annually (1.5% per month) until paid.**

*mg reporting Court Reporters, RRF R1006, certifies that all aspects of this invoice and other business terms comply with the ethical obligations set forth in ACJA Section 7-206 (J)(1)(g)(3) through (6) where applicable.*

| | |
|---|---|
| **Total** | $1,089.68 |
| Payments/Credits | $0.00 |
| Balance Due | $1,089.68 |

# Marin-Garcia Reporting, Inc.
2415 E. Camelback Road, Suite 700
Phoenix, AZ 85016
602.512.1300
mgreporting.com

## Invoice

| Date | Invoice No. |
|---|---|
| 3/12/2017 | mg-4414 |
| Tax ID No.: 71-0893578 ||

## Best Kept Record

| Bill To: |
|---|
| Squire, Sanders (US) LLP |
| George Brandon, Esq. |
| 1 East Washington St |
| Suite 2700 |
| Pheonix, AZ 85004 |

| Caption |
|---|
| Hurry v. FINRA |

| Reporter | Payment Terms | Scheduled |
|---|---|---|
| R Osterode | Upon Receipt | 2/28/2017 |

| Description | Amount |
|---|---|
| Videotaped Deposition of Eric Joseph Miller - O/1 - 224 pages | 884.80 |
| Rough Draft Transcript - (224 pages) | 336.00 |
| Reporting Services - Per Diem | 210.00 |
| Electronic Transcript (.pdf format) | 25.00 |
| Scanned Exhibits | 17.76 |
| ASCII File (Complimentary) | 0.00 |
| Binding & Delivery of Certified Copy(ies) and Original(s) Transcript(s) | 30.00 |

**Unpaid invoices accrue interest at 18% annually (1.5% per month) until paid.**

mg reporting Court Reporters, RRF R1006, certifies that all aspects of this invoice and other business terms comply with the ethical obligations set forth in ACJA Section 7-206 (J)(1)(g)(3) through (6) where applicable.

| | |
|---|---|
| **Total** | $1,503.56 |
| Payments/Credits | $0.00 |
| Balance Due | $1,503.56 |

# Marin-Garcia Reporting, Inc.
2415 E. Camelback Road, Suite 700
Phoenix, AZ 85016
602.512.1300
mgreporting.com

## Invoice

| Date | Invoice No. |
|---|---|
| 3/14/2017 | mg-4418 |
| Tax ID No.: 71-0893578 ||

## Best Kept Record

| Bill To: |
|---|
| Squire Patton Boggs (US) LLP
Gregory Schneider, Esq.
1 East Washington Street
Suite 2700
Phoenix, AZ 85004 |

| Caption |
|---|
| Hurry v. FINRA |

| Reporter | Payment Terms | Scheduled |
|---|---|---|
| L Marin-Garcia | Upon Receipt | 2/27/2017 |

| Description | Amount |
|---|---|
| Videotaped Deposition of John Joseph Hurry - CONFIDENTIAL - O/1 - 297 pages | 1,173.15 |
| Rough Draft Transcript - (297 pages) | 445.50 |
| Reporting Services - Per Diem | 320.00 |
| Electronic Transcript (.pdf format) | 25.00 |
| Scanned Exhibits (100 pages) | 37.00 |
| Binding & Delivery of Original Transcript(s) | 25.00 |

**Unpaid invoices accrue interest at 18% annually (1.5% per month) until paid.**

*mg reporting Court Reporters, RRF R1006, certifies that all aspects of this invoice and other business terms comply with the ethical obligations set forth in ACJA Section 7-206 (J)(1)(g)(3) through (6) where applicable.*

| | |
|---|---|
| **Total** | $2,025.65 |
| Payments/Credits | $0.00 |
| Balance Due | $2,025.65 |

# ESQUIRE

**Invoice INV0950640**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 3/16/2017 |
| Terms | Net 30 |
| Due Date | 4/15/2017 |
| Client Number | C13102 |
| Esquire Office | Los Angeles |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**

Squire Sanders - Phoenix
1 East Washington Street
Suite 2700
Phoenix AZ 85004

**Services Provided For**

Squire Patton Boggs - Phoenix
Ramirez, Sara
1 East Washington Street
Suite 2700
Phoenix AZ 85004

*(Stamp: SQUIRE PATTON BOGGS (US) LLP — LITIGATION — RECEIVED MAR 27 2017 — SENT TO — FOLLOW UP — DOCKET FOR — BY — FILE NO.)*

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 2/27/2017 | J0524728 | New York, NEW YORK | JOHN HURRY VS FINANCIAL INDUSTRY REGULATORY AUT... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Scott Andersen | 170 | 3.50 | 595.00 |
| CONDENSED TRANSCRIPT | Scott Andersen | 1 | 30.00 | 30.00 |
| HANDLING FEE | Scott Andersen | 1 | 0.00 | 0.00 |

| | |
|---|---|
| Subtotal | 625.00 |
| Shipping Cost (n/a) | 0.00 |
| Total | 625.00 |
| Amount Due | $625.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Squire Patton Boggs - Phoenix |
| Client # | C13102 |
| Invoice # | INV0950640 |
| Invoice Date | 3/16/2017 |
| Due Date | 4/15/2017 |
| Amount Due | $ 625.00 |