Joseph G. Adams (#018210)
Carlie Tovrea (#029709)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: jgadams@swlaw.com
          ctovrea@swlaw.com

Charles J. Harder  (admitted *pro hac vice*)
Dilan A. Esper (admitted *pro hac vice*)
Jordan Susman (admitted *pro hac vice*)
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone:  (424) 203-1600
E-mail:  CHarder@harderllp.com
          DEsper@harderllp.com
          JSusman@harderllp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife, Investment Services Corporation, an Arizona corporation, and BRICFM, LLC, dba Corner of Paradise Ice Cream Store, a California limited liability company,<br><br>        Plaintiffs,<br><br>   v.<br><br>Financial Industry Regulatory Authority, Inc., a Delaware corporation,<br><br>        Defendant. | Case No. 14-cv-02490-PHX-ROS<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S BILL OF COSTS** |

Plaintiffs John J. Hurry and Justine Hurry, Investment Services Corporation, and BRICFM, LLC, hereby object to items in Defendant FINRA's ("Defendant") Amended Bill of Costs (Dkt. 193).  Defendant improperly requested $4,931.96 in costs.

## I.

## **LEGAL STANDARD**

District of Arizona Local Rule ("Local Rule") 54.1(b) provides in relevant part: "Within fourteen (14) days after service of the bill of costs, a party objecting to any cost item may file with the Clerk and serve itemized objections in writing, presenting any affidavits or other evidence in connection with the costs and the grounds for the objection."

Local Rule 54.1(e)(3) further provides: "The reporter's charge for an original and copy of a stenographic transcript of a deposition is taxable if it was necessarily obtained for use in the case whether or not the deposition was actually received into evidence or was taken solely for discovery purposes."

Case law in the District of Arizona holds that charges by a court reporter for appearance, condensed transcripts, creating deposition exhibits, indexing, rush fees, and shipping and handling are **not** taxable costs under 28 U.S.C. § 1920.  *See e.g., Foraker v. Apollo Group, Inc*., CV-04-2614-PHX-DGC, 2007 WL 2301269, at *1 (D. Ariz. Aug. 9, 2007), on reconsideration in part, CV-04-2614-PHX-DGC, 2007 WL 2572341 (D. Ariz. Sept. 5, 2007) (upholding clerk's decision "that no recovery is allowed for condensed transcripts, indexing, litigation support, administration fees, mini transcripts, or appearance fees"); *PCT Int'l Inc. v. Holland Elecs*. LLC, CV-12-01797-PHX-JAT, 2016 WL 1392075, at *3 (D. Ariz. Apr. 8, 2016) (disallowing requested taxable costs for court reporter appearance, creation of deposition exhibits, and shipping costs); *GoDaddy.com LLC v. RPost Commc'ns Ltd*., No. CV-14-00126-PHX-JAT, 2016 WL 4569122, at *13 (D. Ariz. Sept. 1, 2016) ("facially non-taxable items" include "'Rough Draft/ASCIII,' . . . '3 Business Day Delivery,' 'Appearance Fee,' 'Next Business Day Delivery,' '4 Business

Day Delivery,' 'Internet Realtime,' 'Processing Fee,' 'Litigation Support Package,' and 'Text Streaming (Setup).'").

**II.**

**ARGUMENT**

Exhibit C to Defendant's Amended Bill of Costs consists of invoices for deposition transcripts in this action.  Many of the costs contained in the invoices, and requested by Defendant, are not taxable under Local Rule 54.1.

Attached hereto as Exhibit 1 is true and correct copy of an invoice from Veritext dated February 21, 2017 that was included as part of Exhibit C to Defendant's Amended Bill of Costs, which improperly requested costs for Professional Attendance ($50.00), Exhibit Management ($39.90), and Rough Draft ($97.15) that total $187.05.

Attached hereto as Exhibit 2 is true and correct copy of an invoice from Esquire dated February 27, 2017 that was included as part of Exhibit C to Defendant's Amended Bill of Costs, which improperly requested costs for Three Day Expedite ($182.33) and Digital Transcript-PDF-PTX ($25.00) that total $207.33.

Attached hereto as Exhibit 3 is true and correct copy of an invoice from Esquire dated March 1, 2017 that was included as part of Exhibit C to Defendant's Amended Bill of Costs, which improperly requested costs for 3 Day – Copy Over O&1 Expedite ($498.80), Exhibits with Tabs ($3.50), Digital Transcript-PDF-PTX ($25.00) and Condensed Transcript ($16.00) that total $543.30.

Attached hereto as Exhibit 4 is true and correct copy of an invoice from Esquire dated March 6, 2017 that was included as part of Exhibit C to Defendant's Amended Bill of Costs, which improperly requested costs for 5 Day – Copy Over O&1 Expedite ($531.26), Exhibits Tabs ($.50), Exhibits B&W ($3.00), Condensed Transcript ($16.00), Transcript Copy –VID-WI ($318.20),  5 Day – Copy Over O&1 Expedite ($226.18), Exhibits Tabs ($.50), Exhibits B&W ($.50), and Condensed Transcript ($16.00) that total $1,112.14.

1    Attached hereto as Exhibit 5 is true and correct copy of an invoice from Marin-

2    Garcia Reporting, Inc. dated March 7, 2017 that was included as part of Exhibit C to

3    Defendant's Amended Bill of Costs, which improperly requested costs for Rough Draft

4    Transcript ($195.00), Reporting Services Per Diem ($170.00), Electronic Transcript (.pdf

5    format) ($25.00), Scanned Exhibits (131 pages) ($48.47), and Binding & Delivery of

6    Original Transcript ($25.00) that total $463.47.

7    Attached hereto as Exhibit 6 is true and correct copy of an invoice from Marin-

8    Garcia Reporting, Inc. dated March 7, 2017 that was included as part of Exhibit C to

9    Defendant's Amended Bill of Costs, which improperly requested costs for Reporting

10   Services Per Diem ($170.00), Rough Draft Transcript (Henry William Diekmann) (79

11   pages) ($118.50), Electronic Transcript (.pdf format) (2) ($50.00), Scanned Exhibits

12   ($21.83), and Binding & Delivery of Original Transcript ($30.00) that total $390.33.

13   Attached hereto as Exhibit 7 is true and correct copy of an invoice from Carrie

14   Reporting dated March 10, 2017 that was included as part of Exhibit C to Defendant's

15   Amended Bill of Costs, which improperly requested costs for Rough Draft ($154.50),

16   Exhibits Scanned ($29.10), E-Transcript ($25.00) and Processing ($10.00) that total

17   $218.60.

18   Attached hereto as Exhibit 8 is true and correct copy of an invoice from Marin-

19   Garcia Reporting, Inc. dated March 12, 2017 that was included as part of Exhibit C to

20   Defendant's Amended Bill of Costs, which improperly requested costs for Reporting

21   Services Per Diem ($220.00), Electronic Transcript (.pdf format) ($25.00), Scanned

22   Exhibits ($38.48), and Binding & Delivery of Original Transcript ($25.00) that total

23   $308.48.

24

25

26

27

28

Attached hereto as Exhibit 9 is true and correct copy of an invoice from Marin-Garcia Reporting, Inc. dated March 12, 2017 that was included as part of Exhibit C to Defendant's Amended Bill of Costs, which improperly requested costs for Rough Draft Transcript (224 pages) ($336.00), Reporting Services Per Diem ($210.00), Electronic Transcript (.pdf format) ($25.00), Scanned Exhibits ($17.76), and Binding & Delivery of Original Transcript ($30.00) that total $618.76.

Attached hereto as Exhibit 10 is true and correct copy of an invoice from Marin-Garcia Reporting, Inc. dated March 14, 2017 that was included as part of Exhibit C to Defendant's Amended Bill of Costs, which improperly requested costs for Rough Draft Transcript (297 pages) ($445.50), Reporting Services Per Diem ($320.00), Electronic Transcript (.pdf format) ($25.00), Scanned Exhibits ($37.00), and Binding & Delivery of Original Transcript ($25.00) that total $852.50.

Attached hereto as Exhibit 11 is true and correct copy of an invoice from Esquire dated March 16, 2017 that was included as part of Exhibit C to Defendant's Amended Bill of Costs, which improperly requested costs for Condensed Transcript ($30.00) that total $30.00.

Based on the foregoing, Defendant has improperly requested that $4,931.96 be taxed.

## III.

## CONCLUSION

For the foregoing reasons $4,931.96 of Defendant's Amended Bill of Costs should not be taxed.

1

2

DATED this 24th day of April, 2018.

3

SNELL & WILMER L.L.P.

4

5

By: s/ Carlie Tovrea
Joseph G. Adams
Carlie Tovrea
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

6

7

8

Charles J. Harder
Ryan J. Stonerock
Dilan A. Esper
Jordan Susman
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212

9

10

11

12

Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on April 24, 2018, I electronically transmitted the foregoing

4    document to the U.S. District Court Clerk's Office using the CM/ECF System for filing

and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

5

6    By: <u>s/ Pati Williams</u>

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28