Joseph G. Adams (#018210)
Carlie Tovrea (#029709)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jgadams@swlaw.com
         ctovrea@swlaw.com

Charles J. Harder  (admitted *pro hac vice*)
Dilan A. Esper (admitted *pro hac vice*)
Jordan Susman (admitted *pro hac vice*)
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone:  (424) 203-1600
E-mail:  CHarder@harderllp.com
         DEsper@harderllp.com
         JSusman@harderllp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry et al., <br><br> Plaintiffs, <br><br> v. <br><br> Financial Industry Regulatory Authority, Inc., a Delaware corporation, Scott M. Andersen, a natural person, <br><br> Defendants. | Case No. 14-cv-02490-PHX-ROS <br><br> **PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

4839-0395-6067

1  NOTICE IS HEREBY GIVEN that Plaintiffs John J. Hurry, Justine Hurry,
2  Investment Services Corporation, Hurry Family Revocable Trust d/t/d October 18, 2011
3  amended November 26, 2012, Investment Services Partners LLC, Scottsdale Capital
4  Advisors Partners LLC, SCAP I LLC, SCAP II LLC, SCAP III LLC, SCAP 4 LLC,
5  SCAP 6 LLC, SCAP 7 LLC, SCAP 8 LLC, SCAP 9 LLC, SCAP 10 LLC, BRICFM LLC
6  d/b/a Corner of Paradise Ice Cream Store, CJ3 LLC, Association of Securities Dealers
7  LLC, SCAP 5 LLC, Investment Services Capital LLC, Investment Services Holdings
8  Corp, NEWCONMGT LLC, ISC LLC, ISHC LLC, NEWMGT LLC, SCAINTL LLC,
9  FLJH LLC, ASD Holding Company LLC, and Hurry Foundation (collectively
10 "Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit the
11 final judgment of the U.S. District Court for the Central District of Arizona entered in the
12 above named case on March 29, 2018 (Docket No. 190) (the "Judgment") and, without
13 limitation, all orders giving rise to the Judgment including, but not limited to, the Order
14 re: Defendants' Motion to Dismiss for Lack of Jurisdiction and Motion to Dismiss for
15 Failure to State a Claim (Docket No. 68), the Order re: Defendants' Motion to Dismiss
16 (Docket No. 81), the Order re: Defendant's Motion for Judgment on the Pleadings
17 (Docket No. 156), the Order re: Defendant's Motion for Summary Judgment (Docket No.
18 189).

19  Pursuant to Circuit Rule 3-2, the Representation Statement attached below
20 identifies all parties to the action, along with the names, addresses and telephone
21 numbers of their respective counsel.

4839-0395-6067


DATED this 25th day of April, 2018.

                      SNELL & WILMER L.L.P.

By: s/ Joseph G. Adams
     Joseph G. Adams
     Carlie Tovrea
     One Arizona Center
     400 E. Van Buren, Suite 1900
     Phoenix, Arizona  85004-2202

Charles J. Harder
Dilan A. Esper
Jordan Susman
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212

Attorneys for Plaintiffs


- 3 -

4839-0395-6067

# REPRESENTATION STATEMENT

1. **Plaintiffs John J. Hurry, Justine Hurry, Investment Services Corporation, Hurry Family Revocable Trust d/t/d October 18, 2011 amended November 26, 2012, Investment Services Partners LLC, Scottsdale Capital Advisors Partners LLC, SCAP I LLC, SCAP II LLC, SCAP III LLC, SCAP 4 LLC, SCAP 6 LLC, SCAP 7 LLC, SCAP 8 LLC, SCAP 9 LLC, SCAP 10 LLC, BRICFM LLC d/b/a Corner of Paradise Ice Cream Store, CJ3 LLC, Association of Securities Dealers LLC, SCAP 5 LLC, Investment Services Capital LLC, Investment Services Holdings Corp, NEWCONMGT LLC, ISC LLC, ISHC LLC, NEWMGT LLC, SCAINTL LLC, FLJH LLC, ASD Holding Company LLC, and Hurry Foundation**

Joseph G. Adams
Carlie S. Tovrea
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jadams@swlaw.com
ctovrea@swlaw.com

Charles J. Harder
Dilan A. Esper
Jordan Susman
Harder LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212-2413
Telephone: 424.203.1600
Facsimile: 424.203.1601
charder@harderllp.com
desper@harderllp.com
jsusman@harderllp.com

4839-0395-6067

| | | |
|---|---|---|
| 1 | **2.** | **Defendants Financial Industry Regulatory Authority Incorporated and Scott M. Andersen** |
| 2 | | |

3  George I. Brandon, Sr.
   Gregory A. Davis
4  Gregory S. Schneider
   Squire Patton Boggs
5  1 E Washington St., Ste. 2700
   Phoenix, AZ 85004
6  Telephone: 602.528.4000
   Facsimile: 602.253.8129
7  george.brandon@squirepb.com
   gregory.davis@squirepb.com
8  gregory.schneider@squirepb.com

- 5 -

4839-0395-6067

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: s/ Mandy Garsha