IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J Hurry, et al.,<br>        Plaintiff<br><br>    v.<br><br>Financial Industry Regulatory Authority Incorporated, et al.,<br>        Defendants | No.  CV-14-2490-PHX-ROS<br><br>JUDGMENT ON TAXATION OF COSTS |

Final Judgment having been entered, defendant filed an Amended Bill of Costs on April 17 2018, seeking the taxation of $12,009.40.  An objection was filed on April 24, 2018. The matter has been reviewed and costs have been awarded as follows.

**Transcript Fees** – Pursuant to LRCiv 54.1(e)(3), the $12,009.40 claimed is reduced to **$7,077.44**. The reporter's charge for an original and copy of a transcript of a deposition is only taxable if it was necessarily obtained for use in the case. Counsel fees and other expenses incurred in arranging for and attending a deposition are not taxable. The following reductions listed in the Amended Bill of Costs are not taxable.

-Invoice NY2887575 dated 2/21/17, is reduced by $187.05 for professional attendance, exhibit management and rough draft.

-Invoice 938249 dated 2/27/17, is reduced by $207.33 for three day expedite and

digital transcript-PDF-PTX.

-Invoice 940242 dated 3/1/17, is reduced by $543.30 for 3-day - copy over O&I expedite, exhibits with tabs, digital transcript – PDF-PTX and condensed transcript.

-Invoice 942196 dated 3/6/17, is reduced by $1,112.14 for 5 day copy-over O&I expedite, exhibits tabs, exhibit B&W, condensed transcript, transcript copy-Vid-WI, 5 day copy-over O&I expedite, exhibits tabs, exhibit B&W and condensed transcript.

-Invoice mg-4404 dated 3/7/17, is reduced by $463.47 for rough draft transcript, reporting services per diem, electronic transcript (.pdf format), scanned exhibits and binding & delivery of original transcript.

-Invoice mg-4402 dated 3/7/17, is reduced by $390.33 for reporting services per diem, rough draft transcript (Henry William Diekmann) electronic transcript (.pdf format) (2), scanned exhibits and binding & delivery of original transcript.

-Invoice CR4783 dated 3/10/17 is reduced by $218.60 for rough draft, exhibits scanned, e-transcript and processing.

-Invoice mg-4416 dated 3/12/17, is reduced by $308.48 for reporting services per diem, electronic transcript (.pdf format), scanned exhibits and binding & delivery of original transcript.

-Invoice mg-4414 dated 3/12/17, is reduced by $618.76 for rough draft transcript, reporting services per diem, electronic transcript (.pdf format), scanned exhibits and binding & delivery of original transcript.

-Invoice mg-4418 dated 3/14/17, is reduced by $852.50 for rough draft transcript, reporting services per diem, electronic transcript (.pdf format), scanned exhibits and binding & delivery of original transcript.

-Invoice 950640 dated 3/16/17, is reduced by $30.00 for condensed transcript.

Total:   $4,931.96

Case 2:14-cv-02490-ROS   Document 197   Filed 05/04/18   Page 3 of 3

1
2   The costs are hereby taxed for the defendant and against the plaintiff in the amount
3   of **$7,077.44.**
4
5                                       DATED this 4th day of May, 2018
6                                       BRIAN D. KARTH, CLERK
7
8              By:        *Michael O'Brien*
9                         Michael O'Brien
                          Chief Deputy Clerk
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28